

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00186-CV

| | | |
|---|---|---|
| KENNETH W. SCROGGINS AND DALLAS LITE & BARRICADE, INC., | § | On Appeal from the 141st District Court |
| Appellants | § | of Tarrant County (141-332979-22) |
| V. | § | October 13, 2022 |
| BUYERS BARRICADES, INC., Appellee | § | Memorandum Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's Order. It is ordered that the trial court's Order is affirmed in part and reversed in part. We have concluded that the trial court's Order is impermissibly vague or unspecified as to issues one and two and reverse these portions of the Order, and remand this case to the trial court for further proceedings consistent with this opinion. We affirm trial court's Order in all other respects.

It is further ordered that all parties shall bear their own costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By /s/ Brian Walker
    Justice Brian Walker